*Signed Order of Probation*

*State of Idaho*
*vs.*
*JUSTIN MARK HANNAH*          *CR-FE-2014-17380*

This is to certify that I have read or had read to me and fully understand and accept all the conditions, regulations and restrictions under which I am being granted probation. I will abide by and conform to them strictly, and fully understand that my failure to do so may result in the revocation of my probation and commitment to the Board of Correction to serve the sentence originally imposed.

_____
Probationer Officer

_____
Defendant

*8/22/2019*
_____
Date of Acceptance

**ORDER REINSTATING AND AMENDING PROBATION AFTER RETAINED JURISDICTION – 6**

HANNAH_000214

Filed: 08/13/2019 13:49:00
Fourth Judicial District, Ada County
Phil McGrane, Clerk of the Court
By: Deputy Clerk - Aberasturi, Lisa

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| THE STATE OF IDAHO, | |
| Plaintiff, | Case No. CR-FE-2014-17380 |
| vs. | ORDER REINSTATING AND AMENDING PROBATION AFTER RETAINED JURISDICTION |
| JUSTIN MARK HANNAH,<br>DOB: 4/7/1984<br>SSN: XXX-XX-7223 | |
| Defendant. | |
| 107110 | |

On June 23, 2015, the defendant, JUSTIN MARK HANNAH, was adjudged guilty in the District Court of the Fourth Judicial District, in and for the County of Ada, of the crime of DOMESTIC VIOLENCE, FELONY, I.C. §§18-918(2), 903(a), and was committed to the custody of the State of Idaho Board of Correction for an aggregate term of five (5) years: with the first two (2) years of said term to be FIXED, and the remaining three (3) years of said term to be INDETERMINATE. The Court retained jurisdiction for a period of not more than 365 days pursuant to I.C. § 19-2601(4). On December 15, 2015, the Court suspended execution of sentence and placed the defendant on probation for five (5) years.

A Motion for Bench Warrant for Probation Violation was filed on May 22, 2018 and on December 18, 2018, after previous admissions from the defendant, the Court entered an Order Revoking Probation, Imposing Sentence and Second Period of Retained Jurisdiction, and retained jurisdiction a second time for not more than (365) days pursuant to I.C. § 19-2601(4).

**ORDER REINSTATING AND AMENDING PROBATION AFTER RETAINED JURISDICTION – 1**

HANNAH_000215

On August 12, 2019, James Vogt, Deputy Prosecuting Attorney for the County of Ada, State of Idaho, and the defendant, JUSTIN MARK HANNAH, with his attorney, D. Aaron Hooper, appeared before this Court for further disposition following the period of retained jurisdiction.

The District Court hereby reaffirms the defendant's aggregate sentence of five (5) years, with two (2) years fixed and three (3) years indeterminate; and having ascertained the desirability of suspending execution of judgment and placing the defendant on probation for the balance of said sentence;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that sentence is hereby suspended for the balance of the five (5) year period, and the defendant is reinstated on probation for **five (5) years**, effective August 12, 2019, upon the same conditions ordered on December 15, 2015 in the Order Suspending Sentence After Retained Jurisdiction and Order of Probation, modified and restated as follows:

A. That probation is granted to and accepted by the defendant, subject to the conditions provided herein, and provided further that the Court may at any time, in case of the violation of the terms of probation, cause the defendant to be returned to the Court for the imposition of sentence as prescribed by law.

B. That the defendant shall be under the legal custody and control of the Director of Probation and Parole of the State of Idaho and the District Court, with supervised probation and subject to the rules of probation as prescribed by the Idaho Department of Correction and this Court.

**ORDER REINSTATING AND AMENDING PROBATION AFTER RETAINED JURISDICTION – 2**

HANNAH_000216

C. That during the period of probation the defendant shall not violate any law or ordinance of the United States or any city, state or county therein, wherein a fine or bond forfeiture of more than $100.00 or a jail term could have been imposed as a penalty.

D. As further conditions of probation, the defendant shall also comply with the following conditions:

1. Defendant shall enter into and comply with the Idaho Department of Correction's Agreement of Supervision. That agreement has been provided to defendant and is hereby specifically incorporated into this Judgment. Any violation of the Agreement of Supervision will be a violation of defendant's probation.

2. Defendant shall pay the sums previously imposed for fines, fees, restitution, costs, etc. to the Ada County Clerk's Office in reasonable monthly installments as arranged through his probation officer.

3. Defendant shall serve an additional (60) days in the Ada County Jail at the discretion of his probation officer, without prior approval of the Court. The probation officer has the discretion and authority to immediately deliver defendant to the Sheriff for incarceration in the county jail for the purpose of having defendant serve this discretionary time and the Sheriff shall commit the defendant to serve this time on request of the probation officer without further order from the Court. The probation officer shall immediately file with the Court a written statement of the reasons defendant has been placed in custody, for review by the Court. The probation officer shall have all options available. Unless otherwise specified in this judgment, discretionary jail time may be served as SILD (Sheriff's Inmate Labor Detail) at the discretion of the probation officer and the Ada County Sheriff's Office.

4. Defendant shall follow up with mental health evaluation and treatment, and follow any recommendations regarding further treatment and medications if necessary, with such diagnosis and assessment information being provided to his probation officer. The defendant shall execute any documents or waivers necessary to comply with this condition. This is a fundamental condition of probation.

5. Defendant shall enroll in, participate in and successfully complete 52 weeks of Domestic Violence treatment. This is a fundamental condition of probation.

6. Defendant is advised that time spent on probation is not credited against any underlying incarceration (jail time or prison) imposed. Defendant is at risk for imposition of the entire underlying sentence, with credit for any time served which was not imposed as a condition of probation, no matter how long defendant has been on probation, if he violates the terms of probation and the violation should be proved or admitted.

HANNAH_000217

5 H. Defendant has completed a rider and shall take part in any and all programs recommended in the rider review report.

5 H 8. If Defendant complies with all conditions of probation and has paid all costs, fines and restitution outstanding, he may petition the Court three (3) years from today's date (8/12/19) for early release from probation.

5H E. That the defendant, if placed on probation to a destination outside the State of Idaho, or leaves the confines of the State of Idaho with or without permission of the director of probation and parole, does hereby waive extradition to the State of Idaho and also agrees that the said defendant will not contest any effort by any state to return the defendant to the State of Idaho.

5H F. This probation shall expire at midnight on August 11, 2024, unless otherwise ordered by the Court.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED:

5H A. Pursuant to I.C. § 18-309, the defendant shall be given credit for time already served upon the charge specified herein of 603 days. The credit consists of 366 days served previously (as of 12/18/18) and 237 days on the rider (12/19/18 to 8/12/19).

### NOTICE OF RIGHT TO APPEAL

You, JUSTIN MARK HANNAH, are hereby notified that you have the right to appeal this order to the Idaho Supreme Court. Any notice of appeal must be filed within forty-two (42) days from the entry of this judgment.

**ORDER REINSTATING AND AMENDING PROBATION AFTER RETAINED JURISDICTION – 4**

You are further notified that you have the right to be represented by an attorney in any appeal, and that if you cannot afford to retain an attorney, one may be appointed at public expense. Further, if you are a needy person, the costs of the appeal may be paid for by the State of Idaho. If you have questions about your appeal rights, you should consult your present attorney.

IT IS SO ORDERED.

Signed: 8/13/2019 01:28 PM

PATRICK J. MILLER
District Judge

**ORDER REINSTATING AND AMENDING PROBATION AFTER RETAINED JURISDICTION – 5**

HANNAH_000219

CERTIFICATE OF MAILING

I hereby certify that on the __13__ day of August, 2019, I mailed (emailed) a true and correct copy of the foregoing document to:

ADA COUNTY PROSECUTOR
VIA EMAIL

D. AARON HOOPER
VIA EMAIL aaron@hooperlawoffices.com

PROBATION & PAROLE
VIA EMAIL

CENTRAL RECORDS
DEPARTMENT OF CORRECTION
**ATTN: CCD PROBATION SENTENCING TEAM**
VIA EMAIL

PHIL MCGRANE
Clerk of the District Court
Signed: 8/13/2019 01:52 PM

By: _____
Deputy Clerk

**ORDER REINSTATING AND AMENDING PROBATION AFTER RETAINED JURISDICTION – 7**

HANNAH #60710

# Idaho Department of Correction
## Agreement of Supervision

1. **Laws and Conduct:** I will obey all municipal, county, state and federal laws. I will cooperate with the requests of my probation/parole officer. Cooperation includes being truthful. If I am detained by law enforcement, I will tell the officer(s) that I am on felony supervision, and the name of my probation/parole officer. I will notify my probation/parole officer of any such contact within 24 hours.

2. **Reporting:** I will report as directed by my probation/parole officer.

3. **Residence:** I will reside in a location approved by my probation/parole officer. I will not change my approved place of residence without first obtaining permission from my probation/parole officer.

4. **Firearms and Weapons:** I will not purchase, carry, possess, or have control of any firearms, chemical weapons, electronic weapons, explosives, or other weapons. Any weapons or firearms seized may be forfeited to the Idaho Department of Correction (IDOC) for disposal. I will not reside at any location where firearms are present.

5. **Search:** I consent to the search of my person, residence, vehicle, personal property, and other real property or structures owned or leased by me, or for which I am the controlling authority conducted by any agent of IDOC or a law enforcement officer. I hereby waive my rights under the Fourth Amendment and the Idaho constitution concerning searches.

6. **Employment:** I will seek and maintain employment, or a program, to include a stay at home parent, approved by my probation/parole officer, and will not change employment or program without first obtaining permission from my supervision officer.

7. **Associations:** I will not knowingly be in the presence of or communicate with person(s) prohibited by any IDOC agent.

8. **Travel:** I will not leave the State of Idaho or the assigned district without first obtaining permission from my probation/parole officer.

9. **Alcohol:** I will not purchase, possess, or consume alcoholic beverages in any form, will not enter any establishment where alcohol is a primary source of income, and will not work in an establishment where alcohol is the primary source of income unless otherwise ordered by the Court/Commission or my probation/parole officer

10. **Controlled Substances:** I will only purchase, possess or consume controlled substances lawfully prescribed for me, and then, only in the manner prescribed. Nor will

I use or possess any substance my probation/parole officer forbids me from using or possessing.

11. _____ **Substance Abuse Testing:** I will submit to any test for alcohol or controlled substances as requested and directed by any IDOC agent or other law enforcement officer. A dilute or adulterated sample, or a failure to provide a sample, will be deemed a positive test. I agree that I may be required to obtain tests at my own expense   I hereby waive any objection to the admission of those blood, urine, or breath test results presented in the form of a certified affidavit.

12. _____ **Evaluation and Program Plan:** I will obtain any treatment evaluation deemed necessary as ordered by the Court/Commission or requested by any agent of IDOC.  I will meaningfully participate in and successfully complete any treatment, counseling or other programs deemed beneficial as directed by the Court/Commission or any agent of IDOC.  I understand I may be required to attend treatment, counseling or other programs at my own expense.

13. _____ **Absconding Supervision:**  I will not leave or attempt to leave the state or the assigned district in an effort to abscond or flee supervision.  I will be available for supervision as instructed by my probation/parole officer and will not actively avoid supervision.

14. _____ **Intrastate/Interstate Violations:**  I waive any objection to the admission into evidence of any probation/parole violation allegation documents submitted by the agency or my supervising officer in another district or state at any probation/parole violation hearing.

15. _____ **Extradition:** I waive extradition to the State of Idaho and will not contest any effort to return to the State of Idaho. I will pay for the cost of extradition as ordered by the court/Commission.

16. _____ **Court Ordered Financial Obligations:**  I will pay all costs, fees, fines and restitution in the amount ordered by the court/Commission, in the manner designated by the Court/Commission or my Probation/Parole Officer.

17. _____ **Cost of Supervision:** I will comply with Idaho Code 20-225 which authorizes the IDOC to collect a cost of supervision fee.  I will pay supervision fees as directed by the department.

_____ I have read or have read to me the above agreement and have been provided with a copy of the Idaho Response Matrix.  I understand and accept these conditions of supervision.  I agree to abide by and conform to them and understand that my failure to do so may result in the submission of a report of violation to my sentencing/paroling authority.

_____
Defendant Signature

8-15-19
_____
Date

_____
Witness Signature

ADRIAN DAHILER
_____
Witness Name (printed)

Reviewed

_____
Defendant Signature

_____
Date

_____
Witness Signature

_____
Witness Name (printed)

_____
Defendant Signature

_____
Date

_____
Witness Signature

_____
Witness Name (printed)

Thursday
100 PAP

HANNAH_000223