# Docket 22, Exhibit B

## (Non-Scannable Exhibit Lodged with the Court on 07/08/2022)